**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

Case No: 2:18-cv-548-FtM-99CM

LEWIS WHITE,

    Plaintiff,

v.

HONEST & TRUE MOVING CREW, LLC
a Florida Limited Liability Company,

    Defendant.

_____/

## RENEWED JOINT MOTION FOR FAIRNESS REVIEW AND FOR DISMISSAL WITH PREJUDICE

    Pursuant to D.E. 36, Plaintiff LEWIS WHITE and Defendant HONEST & TRUE MOVING CREW, LLC, through their respective undersigned counsel and pursuant to Rule 41, Fed. R. Civ. P. submit this Renewed Joint Motion for a Fairness Review and for Dismissal with Prejudice and respectfully state as follows:

    1.    Plaintiff filed a complaint against Defendant alleging an overtime violation of the Fair Labor Standards Act ("FLSA").

    2.    In response, Defendant denied all of Plaintiff's allegations, and raised numerous affirmative defenses.

    3.    Nevertheless, in an effort to avoid the costs and uncertainty of litigation, the parties have negotiated a settlement of this matter.

4. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor.

5. The Plaintiff stipulates that the settlement reached by him is a reasonable compromise of his overtime pay claims in view of the numerous disputed issues of fact in this case, including the Defendant's assertion of a motor carrier exemption, and whether Defendant acted in good faith under the FLSA. Plaintiff is receiving a reasonable and satisfactory recovery of an agreed upon sum, plus payment of an agreed upon amount of attorneys' fees and costs. The attorneys' fees and costs were negotiated and agreed upon separately from the amount Plaintiff is receiving. The Parties also stipulate that the settlement advances judicial economy.

6. The parties previously submitted a Settlement Agreement to the Court for review. On April 5, 2019, the Court entered an Order directing the parties to file a revised settlement agreement in accordance with the directives set forth in this Court's Order. *See* D.E. 36. The parties have revised their settlement agreement in accordance with the directives set forth in this Court's Order. A copy of the revised settlement agreement is attached hereto as Exhibit "A."

7. The Parties further stipulate to the dismissal, with prejudice, of this action upon approval by the Court as requested above and for the Court to retain jurisdiction to enforce the terms of settlement. A copy of a proposed order is attached hereto as Exhibit "B."

WHEREFORE, the parties respectfully request that this Court review the Parties' revised settlement agreement and determine its fairness and should it so find the agreement to be fair, to dismiss this case with prejudice.

Dated: April 19, 2019                                                                 Respectfully submitted,

| RICHARD CELLER LEGAL, P.A. | LEVINE KELLOGG, LEHMAN, |
| --- | --- |
| *Attorneys for Plaintiff* | SCHNEIDER & GROSSMAN LLP |
| 10368 W. SR. 84, Suite 103 | *Attorneys for Defendants* |
| Davie, Florida 33324 | 201 S. Biscayne Boulevard, Suite 2200 |
| Telephone: 866-344-9243 | Miami, FL 33131 |
| Fax: 954-337-2771 | Telephone: (305) 403-8788 |
| By: /s/ Noah Storch | Facsimile: (305) 403-8789 |
|    Noah E. Storch, Esq. | By:    /s/ Jezabel P. Lima |
|    Florida Bar No. 0085476 |    Jezabel P. Lima, Esq. |
|    Primary: |    Florida Bar No. 519431 |
| noah@floridaovertimelawyer.com |    Primary: jl@lklsg.com |
|  |    Secondary: ah@lklsg.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 19, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel below in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            By:    s/ Jezabel P. Lima
                                                       Jezabel P. Lima, Esq.

Noah E. Storch, Esq.
Richard Celler Legal, P.A.
10368 W. SR. 84, Suite 103
Davie, Florida 33324
noah@floridaovertimelawyer.com
Telephone: 866-344-9243
Fax: 954-337-2771
*Attorneys for Plaintiff*